
ORIGINAL

**FILED**

05/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0667

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0667

---

MONTANA DEMOCRATIC PARTY and MITCH
BOHN, WESTERN NATIVE VOICE, et al.,
MONTANA YOUTH ACTION, et al.,

      Plaintiffs and Appellees,

v.

CHRISTI JACOBSEN, in her official capacity
as Montana Secretary of State,

      Defendant and Appellant.

**FILED**

MAY 0 8 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**ORDER**

---

John Victor Coghlan of Washington, D.C., has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner Coghlan is currently in good standing with another state jurisdiction in which Coghlan is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner and the first appearance of Petitioner's firm under the pro hac vice rules,

IT IS HEREBY ORDERED that the application of John Victor Coghlan to appear pro hac vice in the above-entitled cause is GRANTED.

The Clerk is directed to provide copies of this order to John Victor Coghlan, to all counsel of record in this appeal, and to the State Bar of Montana.

DATED this 8th day of May, 2023.

For the Court,

By _____
           Chief Justice